CHIANIS & ANDERSON ARCHITECTS, PLLC, Respondent, v COURTERBACK DEVELOPMENT COMPANY, LLC, et al., Appellants, et al., Defendant.

Submitted July 18, 2016; decided October 27, 2016

Motion, insofar as R2 Development Company, LLC seeks leave to appeal from so much of the Appellate Division order as affirmed so much of the Supreme Court judgment as against it, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order from which leave to appeal is sought does not finally determine the action as to the remaining parties within the meaning of the Constitution.